**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| US FOODS, INC.,                           ) | |
|                                ) | |
|          Plaintiff,              ) | |
|                                ) | |
|      v.                           ) | Civil Action No. 1:13 CV 06279 |
|                                ) | |
| SCRIPPS NETWORKS INTERACTIVE,    ) | |
| INC., and SCRIPPS NETWORKS, LLC,    ) | |
| both d/b/a THE FOOD NETWORK and    ) | |
| THE COOKING CHANNEL            ) | |
|                                ) | |
|         Defendants.           ) | |

**COMPLAINT**

Plaintiff US Foods, Inc. ("US Foods") alleges for its complaint against Defendants Scripps Networks Interactive, Inc. and Scripps Networks, LLC, both doing business as Scripps, the Food Network, and the Cooking Channel (collectively, "Scripps") as follows:

**NATURE OF THE CASE**

1.         This is a trademark infringement case. US Foods is the owner of the trademark FOOD FANATICS, around which it has constructed an entire marketing program featuring a group of specially selected chefs. Each of US Foods' FOOD FANATICS chefs is chosen from a different geographic region, and is asked to provide his or her thoughts and recommendations regarding the food, restaurants and/or food trends in his local area. Under the FOOD FANATICS trademark, US Foods publicizes those chefs, and the various interviews, recommendations, and demonstrations that they give, through multiple media channels, including print, webpage, social media and video. Scripps has been aware of US Foods' FOOD FANATICS trademark and its usage, and indeed attempted in late 2012 to make a deal with US

Foods for use of that trademark in connection with one of its reality television cooking shows. US Foods declined to enter into such an arrangement, but Scripps nonetheless has begun to publicize a new television series for its Cooking Channel that it is calling "Food Fanatics." Scripps' use of the FOOD FANATICS trademark in connection with its new show infringes US Foods' trademark rights and constitutes deceptive trade and business practices prohibited by the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS §510/2, and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS §505/2, for which US Foods here seeks damages and injunctive relief.

## PARTIES AND JURISDICTION

2.      US Foods is a foodservice distributor incorporated in Delaware with its principal place of business in Rosemont, Illinois. US Foods sells a wide array of food products and related services to restaurants, schools, caterers, and other customers located throughout the United States. US Foods also offers a wide array of "value added" services (meaning they generally are offered to US Foods customers at no additional charge), including recipes and menu planning, cost control and tracking, and various consulting services relating to restaurants and food service.

3.      Defendant Scripps Network Interactive, Inc. is an Ohio corporation with its headquarters in Knoxville, Tennessee. It has an office in Chicago, Illinois.

4.      Defendant Scripps Networks, LLC is a Delaware limited liability company that is wholly owned by defendant Scripps Network Interactive, Inc. Scripps Networks, LLC is and has been registered to do business since June of 2009, and it maintains an office in Chicago, Illinois.

5.      Scripps Networks, LLC and Scripps Networks Interactive, Inc. ("Scripps") describe themselves as a leading developer of high profile, lifestyle-oriented content for many media platforms, including television, digital, mobile and publishing. Scripps' media portfolio

includes popular lifestyle brands HGTV, Food Network, Cooking Channel, and others. Scripps does business as "The Food Network" and "The Cooking Channel," which it describes as two of the "brands" in its media outlet portfolio through which it disseminate the content that it develops and controls.

6.      Counts I and II of this Action arise under the Lanham Act of 1946, as amended, 15, U.S.C. §§1501 et seq. This Court has jurisdiction over these causes of action under 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338.

7.      Counts III and IV of this Action arise under state statutory law. This Court has jurisdiction over these claims under 28 U.S. C. §1338(b) in that these claims are joined with substantial and related claims brought under the trademark laws of the United States (15, U.S.C. §§1501 *et. seq*). This Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. §1367 because the federal and state claims are based on the same operative facts, and because judicial economy, convenience, and fairness to the parties will result if the Court assumes and exercises jurisdiction over the state law claims.

8.      All of Scripps' material acts alleged herein have occurred in and/or been directed to Illinois, and have caused damage within Illinois, as described below.

## FACTS

### US Foods' FOOD FANATICS Trademark

9.      FOOD FANATICS is a federally registered trademark belonging to US Foods. Specifically, US Foods is the owner of U.S. Registration No. 4,289,553 which issued to one of its affiliated companies on February 12, 2013 and was assigned by that affiliate to US Foods on April 9, 2013, for use in connection with the US Foods wholesale food distribution business. (Exhibits 1 and 2 hereto are a copy of that registration and of the USPTO assignment

documentation, respectively.) The application that resulted in US Foods' trademark registration for FOOD FANATICS was filed on February 3, 2011 based on US Foods intent to use the mark. When the registration issued on February 12, 2013, the first date of US Foods' constructive use of the FOOD FANATICS trademark became its application filing date – February 3, 2011. US Foods also acquired additional common law usage-based rights in the FOOD FANATICS trademark from an assignee who had been using the FOOD FANATICS trademark since May of 1995.

10. Through US Foods' continuous and widespread use, FOOD FANATICS has become widely recognized as signifying the source of quality food products and foodservice-related expertise.

11. As described in more detail below, US Foods is using the FOOD FANATICS mark to spearhead a major national marketing initiative involving broad dissemination of the trademark through all media channels. US Foods' FOOD FANATICS marketing program revolves around the city-by-city introduction of chefs – each chosen from a different region of the country – to be deemed FOOD FANATICS chefs. Those chefs are prominently featured in US Foods marketing efforts and promotional materials, in which they provide tips and recommendations, discuss food-related trends, share recipes and other cooking and food-related information, do cooking demonstrations, and generally showcase their culinary enthusiasm and skills. US Foods also uses its FOOD FANATICS chefs directly in its relationships with customers, for example to help provide US Foods' consulting and other "value added" food-related services all over the country. As also described in more detail below, the FOOD FANATICS marketing initiative has a distinct "on the road" approach, with each FOOD FANATICS chef providing his thoughts and expertise about food, restaurants and trends in a

particular region.

12.     US Foods' FOOD FANATICS suggests to consumers that US Foods' products and services are all about excellent cuisine and that chefs passionate about food will create on-trend and delicious cuisine that consumers want to buy.

13.     The FOOD FANATICS trademark is prominently displayed and featured in all of US Foods' marketing materials regarding this initiative.

14.     The media channels through which US Foods promotes its FOOD FANATICS initiative and uses the FOOD FANATICS trademark to promote and sell US Foods products and services are nationwide and include:

A.     <u>Videos</u> --including FOOD FANATICS "Road Trip" videos.  US Foods is creating videos featuring its FOOD FANATICS chefs as they take "road trips" to visit various cities around the country to explore and describe the food, restaurants, and trends that they find there.  An example of this type of US Foods FOOD FANATICS "road trip" video is accessible at http://www.youtube.com/watch?v=v6BFGR0BAkM&list=PL7UTz8tRTKNnnq2nfMLfZDb0CX5lwtu0S.  (The DVD submitted as Exhibit 3 to this Complaint contains all videos cited herein, e.g., as Exhibit 3-A, 3-B, 3-C, etc, as well as an index listing each video on the DVD, with its corresponding number.  This example "road trip" video therefore is referred to as Exhibit 3-A.)  As this example illustrates, the format for these videos is to use FOOD FANATICS in the title, feature the US Foods FOOD FANATICS chefs in their prominently marked FOOD FANATICS chef's coats, and specifically mention and promote US Foods' FOOD FANATICS website and magazine, which are described in more detail below.  US Foods will continue to create these "road trip" videos as it selects more FOOD FANATICS chefs, and it will continue to feature and disseminate those videos nationwide, including via US Foods' website and via YouTube.  Other

examples of the videos created by US Foods in conjunction with its FOOD FANATICS trademark and nationally disseminated in this fashion are included in Exhibit 3, as described herein.

B.     <u>Television/radio news shows</u>.  As FOOD FANATICS chefs are chosen and introduced to the public, often in conjunction with a food show or other promotional event, US Foods makes its FOOD FANATICS chefs available for interviews on local television news shows, where they talk about US Foods and provide information – and often demonstrations – regarding food and food trends.  Examples, including a clip accessible at http://www.youtube.com/watch?v=CM0eAqeaJyQ, are contained in Exhibit 3 as Exhibits 3-B through 3-E, and a copy of a written overview for such an interview at the US Foods "Food Fanatics – An Epicurean Experience" show at an industry meeting is attached hereto as Exhibit 4.

C.     <u>Website</u>.   In addition to the many uses of the FOOD FANATICS trademark on US Foods' internet website ([www.usfoods.com](www.usfoods.com)), US Foods has created a separate website devoted specifically to its FOOD FANATICS marketing initiative, which is accessible either through US Foods website or at the URL address [www.foodfanatics.com](www.foodfanatics.com).  This website not only uses the domain name "foodfanatics.com" as its internet "address," it also prominently showcases the FOOD FANATICS trademark as the site's name, and uses the FOOD FANATICS trademark throughout.  The website's content includes written text and videos regarding chefs (including but not limited to the US Foods FOOD FANATICS chefs) and other personalities in the culinary world, as well recommendations regarding food, recipes, and restaurants, and current food-related trends.  One main feature of the FOOD FANATICS website is a recurring "Road Trip" feature, in which a US Foods FOOD FANACTIS chef travels to and reports on

food, restaurants and food-related trends in a particular region. Another regular feature of the US Foods FOOD FANATICS website is the "Chef Profile," which features well-known chefs. (Illustrative webpages of the FOOD FANATICS are attached as Exhs. 5, 13, and 15.)

        D.    <u>Social Media</u>. US Foods has been using its FOOD FANATICS trademark through online video and social media platforms, including Facebook (Exh. 25) (see e.g., https://www.facebook.com/media/set/?set=a.305743849533579.70579.194632900644675&type=3; YouTube (Exh. 26) (see e.g., http://www.youtube.com/watch?v=HcF-8DqMJIM&list=UUOzFkZMsCmTiUvmAR6PFY1w&index=3 ); Instagram; and Twitter. Indeed, US Foods' has acquired the Twitter "handle" (an address on Twitter) "@FoodFanatics" that it uses to communicate regarding its FOOD FANATICS initiative and about its products and services using the FOOD FANATICS mark. (*See* www.twitter.com/@foodfanatics). US Foods also has publicized an invitation for people to engage in a "tweet" dialog on Twitter by using the "hashtag" #foodfanatics. US Foods and its FOOD FANATICS chefs tweet about the FOOD FANATICS "road trips," regional and national food shows and events, recipes, food-related trends. (A copy of US Foods' "@FoodFanatics" Twitter homepage is attached hereto as Exh. 6, and the twitter feed of posts relating to "foodfanatics" shows US Foods-related tweets using that hashtag going back to at least September of 2012 is attached hereto as Exh. 7.)

        E.    <u>A "Blog."</u> US Foods is also disseminating a "blog" under its FOOD FANATICS trademark. US Foods' FOOD FANATICS blog is disseminated via social media postings (such as tweets on Twitter) and is also accessible via the US Foods foodfanatics.com website (click on the tab for "BLOG"). This blog also has a roving-foodie approach. For example, on March 10, 2013 the blog featured US Foods FOOD FANATICS chefs' picks for the best food trucks at the well-known "South by Southwest Music Festival" in Austin, Texas. See

http://foodfanatics.usfoods.com/blog/the-best-food-trucks-at-SXSW-2013 or the print version attached hereto as Exhibit 8.

    F.  <u>Quarterly Magazine</u>. US Foods' FOOD FANATICS magazine is distributed nationally to US Foods' customers and potential customers, both in both print and digital formats, and it is disseminated to the public at large via US Foods' foodfanatics.com website. The magazine bears the FOOD FANATICS mark in large print on the cover as the magazine's title and prominently displays the FOOD FANATICS trademark throughout its contents, which are similar to the FOOD FANATICS website, including a headline feature in every edition of the magazine that showcases a FOOD FANATICS chef from a particular geographic region who shares his food and restaurant recommendations, recipes, and/or thoughts about current food trends. The magazine has a regular headline feature entitled "Road Trip," in which a featured US Foods FOOD FANATICS chef goes on the road to report on the food, restaurants and food-related trends of a particular region. Digital copies of US Foods FOOD FANATICS magazine may be downloaded at www.usfoods.com/food/food-fanatics.html or received via iPad application. A copy of each of the four editions of US Foods' FOOD FANATICS magazine are attached hereto as Exhibits 9-A through 9-D.

    G.  <u>Food Industry Shows and Events</u>. US Foods engages in promotional activities at food and restaurant-related shows and industry meetings across the country, and US will continue to use its FOOD FANATICS trademark in connection with its appearances at such events. This includes banners, booth signage, clothing, and promotional items. Chefs wearing coats labeled with US Foods' name and its FOOD FANATICS trademark perform cooking demonstrations. (See news item promoting August 2013 "West Expo" food show, attached hereto as Exhibit 10.) US Foods takes its FOOD FANATICS trademark usage well outside of its

show booth, however. One example is the "Epicurean Affair" food show in Las Vegas in late May of 2013, at which US Foods FOOD FANATICS chef Aaron Williams acted as a roving reporter interviewing attendees (while garbed as a FOOD FANATICS chef) for a "man on the street" style video that is posted on YouTube at http://www.youtube.com/watch?v=HcF-8DqMJIM (Exh. 3-F).

      H.    <u>Promotional Events</u>. US Foods has even created and hosted a number of special promotional events for the food and restaurant industry to publicize its FOOD FANATICS marketing program, including the events and promotional activities relating to US Foods' selection of each FOOD FANATICS chef that prominently feature the chosen chef. For example, in September of 2012, US Foods hosted a large food show and exhibition entitled the "Food Fanatics – An Epicurean Experience 2012" in Minneapolis, Minnesota to announce and celebrate the selection of that city's John Byrne as a US Foods FOOD FANATICS chef. That exhibition occurred under large brightly colored banners printed with the FOOD FANATICS trademark, and showcased a brightly painted FOOD FANATICS truck (bearing the FOOD FANATICS stylized mark, which covers the truck). A video posted and disseminated by US Foods (for example on YouTube) showing this FOOD FANATICS event can be accessed at www.youtube.com/watch?v=WBCLbSBvGDE (Exh. 3-G). Austin, Texas chef Todd Pearson and Philadelphia chef Tom Macrina were similarly featured and feted at events in their cities in October 2012 and June 2013, respectively (see news releases attached hereto as Exhibit 11) as was Los Angeles Chef Aaron Williams in July of 2013 (see e.g. www.youtube.com/watch?v=HcF-8DqMJIM&list=UUOzFkZMsCmTiUvmAR6PFY1w&index=3 , (Exh. 3-F). Each of the individuals selected by US Foods as a FOOD FANATICS chef will be featured in this way.

I.    <u>Speaking opportunities and event sponsorships</u>.  US Foods sponsors events, and sponsors the participation of chefs in events, relating to the food and restaurant industry.  For example, US Foods' FOOD FANATICS chefs have appeared at, and this year will be acting as judges for and introducing the winner of, the World Food Championships.  Those chefs will appear, as they always do, in their special chefs' coats labeled with US Foods' FOOD FANATICS mark, and their appearance will be promoted in connection with that mark.

J.    <u>Press releases</u>.  US Foods issues many press releases featuring the FOOD FANATICS mark and describing the FOOD FANATICS promotional events, e.g., announcing and alerting the news media regarding the selection of the various chefs chosen to be featured as a US Foods "Food Fanatic" chef for their region, announcing a FOOD FANATICS chef appearance or demonstration, and publicizing all aspects of the FOOD FANATICS program. Examples of such press releases are attached together as Exhibit 12.

15.    As is evident from the descriptions above, a core part of US Foods' FOOD FANATICS marketing program is its focus on different geographic areas, in sequence.  US Foods is selecting and featuring its FOOD FANATICS chefs from different regions, and the chefs are being chosen in succession, so that the marketing campaign and associated promotional materials all have a sequential, city-by-city approach.  And the selection of each chef is accompanied by a "launch" event at which the chef is introduced and celebrated.  The list below includes cities featured in the launch series so far, and their featured FOOD FANATICS chef:

Austin, TX       – Chef Todd Pearson, La Dolce Vita Austin, October 2012

Las Vegas, NE       – Chef Aaron Williams, Las Vegas Epicurean Affair, May 2013

Philadelphia, PA       – Chef Tom Macrina, Great Chefs Philadelphia, June 2013

Los Angeles, CA       – Chef Aaron Williams, Western Restaurant Expo, August 2013

Denver, CO – Chef Scott McCurdy, Denver Food & Wine, September 2013

16. US Foods' FOOD FANATICS marketing materials describe and promote this city-by-city launch series by using a traveling interview format and "on the road" approach. Much of the content featured in US Foods' FOOD FANATICS promotional materials takes the form of interviews of, and recommendations by, its FOOD FANATICS chefs. After US Foods selects each FOOD FANATICS chefs from a particular region, that chef is being featured in connection with that region, and they discuss food, restaurants, and trends in a particular region. The "Road Trip" videos described above capture and illustrate this on-the-road aspect of US Foods' FOOD FANATICS marketing campaign, and US Foods showcases in both its FOOD FANATICS magazine and its FOOD FANATICS website a recurring headline feature called "Road Trip," which spotlights a particular FOOD FANATICS chef's thoughts and recommendations regarding the featured geographic area. (*See* paragraph 14.A above and Exhibits 3-A, 5, 9-A through 9-D, and 13.) The most recent edition of the magazine (Exh. 9-D) and the current website both feature a road trip to Los Angeles entitled, *Food Fanatic Road Trip: Los Angeles*, a written description of a FOOD FANATICS chef's thoughts, opinions, and recommendations about interesting restaurant destinations in Los Angeles. At the end of the page, US Foods provides a link called "On the Road" that leads to a "video with more picks from LA's resident Food Fanatic." (A copy of this US Foods FOOD FANATICS website page is included at page two of Exh. 13.). (Another example of the use of FOOD FANATICS with an interview-style video is US Foods' promotional video of its FOOD FANATICS chef Tom Macrina acting as a roving reporter at a recent charity food show in Philadelphia, available at http://www.youtube.com/watch?v=d3jqA36zEHo , Exh. 3-H.)

17. As is evident from the descriptions above and the supporting videos and other

exhibits, US Foods has invested substantial monetary and non-monetary resources in its FOOD FANATICS trademark. Many individuals devote some or all of their time to the FOOD FANATICS marketing campaign, and US Foods has devoted a manager specifically and exclusively to that campaign. Design and production of the videos, magazine, website, and other promotional items and materials – from items such as booths, banners and clothing to custom painting for US Foods vehicles -- have constituted a significant expense. US Foods' monetary investment alone in the FOOD FANATICS brand is approximately $7 million and growing. As the result of this investment, US Foods customers and potential customers – chefs, restaurant owners and managers, anyone interested in procuring quality food service products and food-related information – have come to recognize the FOOD FANATICS mark, and to associate it with US Foods and its provision of quality food products and foodservice-related consulting services.

18. Scripps cannot claim that it was unaware of US Foods' FOOD FANATICS trademark or its use of the mark in connection with its marketing program described above. Scripps was aware of US Foods' FOOD FANATICS trademark, and of US Foods' marketing campaign featuring that trademark. For example:

A. In the Fall of 2012, US Foods featured in its FOOD FANATICS marketing materials Malcolm Mitchell, a well-known chef who appears on Scripps' Food Network television channel and who is marketed by Scripps as one of its "Food Network Stars." (Chef Mitchell is also a customer of US Foods.) These materials include invitations and a video promoting the launch of US Foods' FOOD FANATICS initiative in Minnesota at US Foods Epicurean Experience show there. (See invitation attached hereto as Exhibit 14.) In this video, Chef Mitchell – who is named and prominently identified in the video as a "Food Network star"

-- is interviewed by one of US Foods FOOD FANATICS chefs (in his chef's coat labeled with US Foods' FOOD FANATICS trademark), at a booth set up under a large US Foods FOOD FANATICS banner and next to a truck brightly painted with its FOOD FANATICS trademark. (See video at Exh. 3-I.)

        B.     In November of 2012, at the World Food Championships, US Foods FOOD FANATICS chefs Todd Pearson and John Byrne interviewed well-known Scripps network cooking television star Ben Vaughn. Those US Foods Food Fanatics chefs were wearing chefs' coats prominently marked with US Foods' FOOD FANATICS' trademark, as shown by the video of this interview posted for the public by US Foods at www.youtube.com/watch?v=ck7me1XlsIo (Exh. 3-J.)

        C.     Several of the Scripps network celebrity chefs – including Martin Yan, Michael Symon, and Sean Brock -- have appeared in US Foods' FOOD FANATICS magazine and website as guest chefs featured in its "Chef Profile" section. (See US Foods' website and magazine pages attached hereto as Exhibits 15 and 16.) (Exhibit 15 also contains articles identifying some of the Scripps' shows on which Chefs Yan, Symon, and Brock have appeared.)

        D.     Several stars of the Scripps Food Network reality cooking "Chopped" and other well-known Food Network stars have appeared at other US Foods promotional events, including the US Foods cooking contest that resulted in the selection of the first two US Foods FOOD FANATICS chefs. Indeed, one of the judges who selected those first two US Foods FOOD FANATICS chefs is Scripps Food Network Star Chef Mitchell.

      19.     In late 2012, US Foods determined that it would be desirable to feature and promote its products and services, and its FOOD FANATICS program, through a reality television show. Consequently, on or about December 18, 2012, US Foods and its media firm,

Fleishman-Hillard Inc., met with representatives from Scripps Networks in Chicago, Illinois. The purpose of the meeting was to explore possible "partnership ideas" for integrating US Foods' FOOD FANATICS trademark and marketing initiative with a Scripps' television program and other media outlets.

20.    Prior to and during this meeting, US Foods described for Scripps how it was using the FOOD FANATICS mark, and various joint efforts were discussed at the meeting – including using US Foods' FOOD FANATICS brand in conjunction with a Scripps reality TV cooking show.   The parties also discussed integrating the FOOD FANATICS brand and the reality television show with other content similar to that featured in US Foods' FOOD FANATICS magazine, such as features about -- and interviews with --  selected individuals (to be called FOOD FANATICS), who would be asked to share their favorite foods and restaurants as well as discuss current food trends.   As US Foods had been doing in its magazine, these FOOD FANATICS features would have a geographic approach, featuring and focusing on different cities and markets.

21.    Although Scripps was aware of US Foods' FOOD FANATICS mark prior to this meeting (for example due to its attendance at industry trade shows and other events at which the mark was prominently featured, as described above) the discussion at this meeting fully informed Scripps about the details of US Foods' FOOD FANATICS initiative and the particular way in which US Foods was using the mark, and the media channels through which US Foods was publicizing its FOOD FANATICS program.

22.    US Foods decided not to pursue the possibility of joining forces with Scripps to combine US Foods' FOOD FANATICS brand with a reality television show.  US Foods still intends and desires to find a reality television show network with whom to partner in that regard,

and it is currently in discussions with at least one such network. However, discussions with Scripps have ended.

23.     Scripps has decided to use US Foods FOOD FANATICS trademark anyway. It is now announcing the debut of a television show series featuring chefs and other foodies, and the series is called . . . "Food Fanatics." Although the press release announcing the show calls it "Food Fanatics with Eden Grinshpan" (Eden Grinshpan is known as the star of *Eden Eats,* another Scripps television series created for the Cooking Channel), Scripps is also calling the show just "Food Fanatics." (See the pages from upcoming September 9, 2013 issue of *People* magazine, attached hereto as Exhibit 17.) Indeed, in many advertisements regarding Scripps' new series, the show is simply referred to as "Food Fanatics." (See various advertisements and announcements for the new Scripps series, attached hereto together as Exhibit 18.)

24.     Like US Foods' FOOD FANATICS marketing materials, magazine, website, and videos, Scripps' "Food Fanatics" show will feature chefs and other people from the culinary world who will be presented as knowledgeable about food and who will be interviewed about their thoughts and recommendations regarding food, restaurants, and food-related trends.

25.     Like the US Foods FOOD FANATICS marketing materials, magazine, website, and videos, the Scripps show will also have a geographic "on the road" type approach – going from city to city to find the individuals it features. The Scripps press release says, "Over the course of the six weeks, Eden travels across the country and immerses herself in the domain of each food fanatic she meets." (See Exh. 19.)

26.     Scripps is using the same promotional channels to promote its new "Food Fanatics" show that US Foods uses for its FOOD FANATICS promotional program, including print (e.g., magazines), websites, and social media platforms. For example, Scripps has also

been promoting its new "Food Fanatics" show via Twitter, Facebook and YouTube.

27.    Scripps' promotion of its new "Food Fanatics" show has been nationwide.

28.    Scripps has never received US Foods' permission to utilize the FOOD FANATICS trademark in connection with its new show.  It is using US Foods FOOD FANATICS trademark in bad faith, knowing full well that US Foods owned and actively used the FOOD FANATICS mark, and knowing in detail how US Foods used and planned to use that mark.

29.    Scripps uses US Foods' FOOD FANATICS mark as a trademark in that it advertises its "Food Fanatics" show as a product on its website, on Facebook and elsewhere, in order to entice viewers and, consequently, advertising endorsements.  Scripps' own primary promotional materials - - both video and print - - use the phrase "Food Fanatics" as the name of its new series.  Indeed that is the only time in those primary materials that "Food Fanatics" is mentioned.    (See video posted by Scripps to its Cooking Channel website at http://www.cookingchanneltv.com/videos/eden-grinshpan-food-fanatics.html, a copy of which is included as Exh. 3-K; see also TVRAGE listing, citing Scripps' The Cooking Channel as the source, at http://www.tvrage.com/shows/id-37023, attached as Exh. 20).

30.    Scripps' unauthorized use of US Foods' FOOD FANATICS trademark in interstate commerce in connection with its new show is likely to cause confusion among US Foods customers and potential customers, as well as the loss of customer goodwill and damage to the distinction of the FOOD FANATICS trademark and its ability to function as a source identifier for US Foods' goods and services.

31.    Such confusion is particularly likely due to facts including the following:

A.    The audience whom Scripps is publicizing its new "Food Fanatics" show includes the very same audience to whom US Foods directs its use of its FOOD FANATICS mark.

B.    Both US Foods and Scripps attend many of the same such shows and meetings, where they market and promote their brands to the same audience --- in person.

C.    US Foods' customers -- and anyone using the internet to look up Scripps' cooking television stars -- have seen those Scripps' cooking television stars' names coupled with US Foods.  Many of the Scripps cooking show television stars are US Foods customers, and those Scripps stars frequently appear with and for US Foods and its chefs.  Paragraph 18 above describes many examples and cites to associated videos and other promotional materials.  A further example is the opening of US Foods' CHEF'STORE locations, which Scripps' Food Network cooking stars also helped to promote.  (News reports of such an opening in Charlotte, NC is available at http://www.monkeydish.com/id-report-news/articles/us-foods-opens-first-chefstore-charlotte and also at http://www.reuters.com/article/2012/11/29/idUS170346+29-Nov-2012+BW20121129 and are attached together hereto as Exh. 21.)  Another example is Scripps Food Network Star Chef Malcolm Mitchell, who is featured together with US Foods chef Mark Eggerding in a May 2012 promotional video available at http://www.youtube.com/watch?v=NEeAQI0RXVk  (Exh. 3-L).  Chef Mitchell also issued a press release announcing himself as a "Food Network Star Finalist" and described how US Foods is sponsoring him "as he creates momentum for his 13 city Next Level Tour."   A copy of Chef Mitchell's press release and webpage posting mentioning US Foods are attached together as Exhibit 22.

D.      Many of the promotional efforts in which both Scripps and US Foods personalities have participated relate specifically to US Foods' FOOD FANATICS marketing initiative.  These include all of the events described in paragraph 14.H above, such as the inaugural US Foods contest that resulted in the selection of the first two FOOD FANATCS chefs – which was judged by a Scripps' network star – as well as the videos and news items featuring US Foods' FOOD FANATICS chefs interviewing Scripps network cooking television stars, such Malcolm Mitchell and Ben Vaughn (as described in paragraphs 18.B above).  Another example are the "Chef Profiles" that US Foods has featured in its FOOD FANATICS website and magazine showcasing Scripps network celebrity cooking stars Michael Symon, Sean Brock, and Martin Yan as described in paragraph 18.C above.

E.      Scripps' use of Twitter to promote its new show seems particularly designed to create confusion.  Scripps' press release invites people to "follow Eden's adventures on Twitter and tweet along with her and other fanatics using #FoodFanatics" – the same words that constitute US Foods' registered trademark, and the very same hashtag that US Foods has been on Twitter for at least a year for its FOOD FANATICS initiative.  A copy of the "Twitter feed" of the posts to this hashtag is attached hereto as Exhibit 7, with annotations added to show that most of those posts were made by US Foods, one of its FOOD FANATICS chefs or a US Foods' customer or supporter with hyperlinks to the FOOD FANATICS website.

32.     The likelihood of confusion is shown by running a simple search on google® - - something that consumers and the public can be expected to do.  The first page of search results for the search "food fanatics show" contains a mixture of postings and other items relating to the US Foods' FOOD FANATICS facebook page and other marketing initiative and Scripps' new

"Food Fanatics" series. (*See* Exh. 23). Further internet searches are likely to lead consumers to the various FOOD FANATICS content described elsewhere in this Complaint, resulting in further confusion.

33. Confusion is also like because the idea of a reality television show being affiliated with a food services company like US Foods and its brands is not unusual. It is an example of "integrated marketing," which is very common. Indeed, one of US Foods' primary competitors (a food service company named Sysco) is currently partnering with a reality television show (the Food Network's "Restaurant Impossible") to engage in a number of marketing collaborations in connection with that show. (See news items citing Sysco press release attached together has Exhibit 24.)

34. Indeed, actual confusion appears already to have occurred. One example is illustrated by a television listing accessible on the internet at http://www.tvrage.com/shows/id-37023. (A print copy of this listing is attached hereto as Exhibit 20.) This TV listing features the new Scripps "Food Fanatics" show, calling it simply "Food Fanatics" and giving the date and time of its airing, together with a description of the show and its contents, as follows:

> In this 6-part series, host Eden Grinshpan meets America's greatest and funniest online foodies and takes a ride to their favorite and most delicious hangouts and haunts. Each episode, Eden visits 3 different cities and hooks up with the funniest bloggers, youtubers and tweeters and begs them to take her to their favorite place in the city for a fun-filled, downright tasty time. At each location Eden will meet the chef, chow down and find out what makes this joint the best in town to her new best blogger friend. Is it the ribs, the chowder or the dumplings? As usual Eden is ready for anything! (Source: The Cooking Channel)

Most significantly, the title of Scripps' new series – which is featured in typeface at least 10 times larger than any of the other text – *is the actual US Foods stylized FOOD FANATICS trademark.* That mark is used in exactly the same way that US Foods uses it – in large, red colored, stylized font. Indeed, this mark seems to be a graphic that was lifted and duplicated

from one of US Foods' internet postings. This there is no way that any viewer could fail to be confused by this cut-and-paste appropriation of US Foods' trademark, and the fact that the TV listing site posted it illustrates that it was (at best) confused and mistaken regarding an affiliation or sponsorship between Scripps' new series and US Foods.

35.     US Foods would never have given permission for Scripps to use its FOOD FANATICS trademark in connection with a reality food television show without an appropriate agreement (addressing such issues as brand protection and compensation) because of the huge investment that US Foods has made in the mark and the good will that the mark has developed, and because the high likelihood of confusion and mistake that would result from such use, e.g., that US Foods is somehow affiliated with the show.

36.     Scripps has announced that its "Food Fanatics" show is scheduled to debut on its Cooking Channel on September 13, 2013. US Foods learned about the nature of Scripps' new show in late July and early August, and sent (through legal counsel) a cease and desist letter to Scripps in late August. Scripps has failed to cease its use of US Foods FOOD FANATICS trademark, and US Foods therefore is bringing this legal action.

## COUNT I

**FEDERAL TRADEMARK INFRINGEMENT**
**Section 32 of the Lanham Act, 15 U.S.C. § 1114**

37.     US Foods adopts and incorporates by reference paragraphs 1 through 36 as if fully restated herein.

38.     Scripps' unauthorized use of US Foods' federally registered FOOD FANATICS trademark in interstate commerce in connection with the sale, offering for sale, distribution, promotion and advertising of its goods and services has caused, and is likely to cause, confusion, mistake and deception in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

39.     Scripps' use of the FOOD FANATICS marks in connection with the aforementioned infringing activities constitutes a misappropriation of US Foods' distinguishing and identifying federally registered trademark that was created as a result of significant effort and expense by US Foods over time.  Scripps' use of US Foods' FOOD FANATICS mark evokes an immediate, favorable impression or association and constitutes a false representation that Scripps' new "Food Fanatics" series has some connection, association or affiliation with US Foods, and is likely to mislead the trade and public into believing that Scripps' new series originates from, is affiliated with or is sponsored, authorized, approved or sanctioned by US Foods.

40.     As a direct and proximate result of Scripps' infringing activities and unauthorized use US Foods FOOD FANATICS marks, US Foods has suffered and will continue to suffer substantial injury and irreparable damage to its business, reputation and goodwill.

41.     US Foods is without an adequate remedy at law to redress such acts, and will be irreparably damaged unless Scripps' is enjoined from committing and continuing to commit such acts.

42.     Scripps' use of US Foods' FOOD FANATICS mark is willful, intentional, and egregious and makes this an exceptional case pursuant to 15 U.S.C. § 1117.

<u>**COUNT II**</u>

**FALSE DESIGNATION OF ORIGIN**
**Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)**

43.     US Foods adopts and incorporates by reference paragraphs 1 through 36 as if fully restated herein.

44.     Scripps' unauthorized use in interstate commerce of US Foods FOOD FANATICS mark in connection with the sale, offering for sale, distribution, promotion and

advertising of its goods and services is likely to cause confusion, mistake or deception as to the affiliation, connection or association of US Foods with Scripps' and/or its Cooking Channel or as to the origin, sponsorship or approval of Scripps new "Food Fanatics" series by US Foods.

45.     As a direct and proximate result of Scripps' actions, all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), US Foods has suffered and will continue to suffer substantial injury and irreparable damage to its business, reputation and goodwill.

46.     US Foods is without an adequate remedy at law to redress such acts, and will be irreparably damaged unless Scripps is enjoined from committing and continuing to commit such acts.

47.     Scripps' conduct is willful, intentional, and egregious and makes this an exceptional case pursuant to 15 U.S.C. § 1117.

## COUNT III

### ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES
### 815 ILCS 510 *et seq.*

48.     US Foods adopts and incorporates by reference paragraphs 1 through 36 as if fully restated herein.

49.     Scripps has used and is using US Foods' FOOD FANATICS mark in connection with the sale, offering for sale, distribution, promotion and advertising of its goods and services in such a manner as to misrepresent the source, sponsorship, approval, and certification of its new "Food Fanatics" reality television series, which will depict food-related knowledge and expertise and which is substantially similar in theme, format and content to US Foods' depiction and promotion of its FOOD FANATICS chefs and the food-related knowledge and expertise they provide to US Foods customers.

50.     The use of the US FOODS marks by Scripps creates an unreasonable risk that

present and potential consumers may falsely conclude that there exists some affiliation, connection, or association between and among US Foods and Scripps when none in fact exists.

51.     Scripps's acts have damaged, impaired, and diluted that part of US Foods' goodwill and good name symbolized by the FOOD FANATICS mark, which has developed recognition and good will in the marketplace.  The nature, probable tendency, and effect of Scripps's use of US Foods' FOOD FANATICS mark is to deceive the public.

52.     Scripps's use of the US FOODS marks in connection with the sale, offering for sale, distribution and advertising of its new series constitutes unfair and deceptive trade practices as prohibited by the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1, *et seq.*

53.     Scripps had actual knowledge of US Foods' rights at the time it decided to use US Foods' FOOD FANATICS marks in connection with the sale, offering for sale, distribution and advertising of its new series.  Thus, Scripps willfully and deliberately infringed US Foods' trademark rights.

54.     Scripps's unfair business practices are of a recurring nature and harmful to the consumers and the public at large, as well as to US Foods.  These practices constitute unlawful, unfair, fraudulent, and deceptive business practices, and unfair, deceptive, untrue and misleading advertising.

55.     As a result of Scripps's acts, US Foods has suffered and continues to suffer and incur irreparable injury, loss of reputation, and pecuniary damages to be proved at trial.  Unless enjoined by this court, Scripps will continue these acts, thereby causing US Foods further immediate and irreparable damage.

## COUNT IV

## ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES
### 815 ILCS 505 *et seq.*

56.    US Foods adopts and incorporates by reference paragraphs 1 through 36 as if fully restated herein.

57.    Scripps has used and is using US Foods' FOOD FANATICS mark in connection with the sale, offering for sale, distribution, promotion and advertising of its goods and services in commerce in such a manner as to misrepresent the source, sponsorship, approval, and certification of its new "Food Fanatics" reality television series, which will depict food-related knowledge and expertise and which is substantially similar in theme, format and content to US Foods' depiction and promotion of its FOOD FANATICS chefs and the food-related knowledge and expertise they provide to US Foods customers.

58.    Scripps had actual knowledge of US Foods' rights at the time it decided to use the FOOD FANATICS mark in connection with the sale, offering for sale, distribution and advertising of its new series.   Thus, Scripps willfully and deliberately infringed US Foods' trademark rights.

59.    Scripps intended for the consuming public to materially rely on and falsely conclude that there exists some affiliation, connection, or association between and among US Foods and Scripps, when none in fact exists.

60.    Scripps' acts have damaged, impaired, and diluted that part of US Foods' goodwill and good name symbolized by the FOOD FANATICS mark, which has developed recognition and good will in the marketplace.

61.    Scripps' unfair business practices are of a recurring nature and harmful to the consumers and the public at large, as well as to US Foods.  These practices constitute unlawful,

unfair, fraudulent, and deceptive business practices, and unfair, deceptive, untrue and misleading advertising.

62.     As a result of Scripps's acts, US Foods has suffered and continues to suffer and incur irreparable injury, loss of reputation, and pecuniary damages to be proved at trial.  Unless enjoined by this court, Scripps will continue these acts, thereby causing US Foods further immediate and irreparable damage.

## PRAYER FOR RELIEF

WHEREFORE, US Foods requests that judgment be granted in its favor and against Defendants and that this Court award it at least the following relief:

(a)     A preliminary injunction, and a final, permanent injunction against Scripps, and all those in active concern or participation with them, prohibiting them from using the mark FOOD FANATICS or any derivation of it in connection with any food-related television show, marketing or promotional materials, or print or online content, including but not limiting to the broadcast, dissemination and promotion of the series called "Food Fanatics" and "Food Fanatics With Eden Grinshpan."

(b)     Damages in an amount to be proven at trial sufficient to compensate US Foods for all of the damages caused by, and that will be caused by, Defendants' conduct, as well as disgorgement of all benefit, profit and unjust enrichment obtained by Defendants as a result of their conduct, including trebled damages;

(c)     Punitive damages, in an amount to be determined at trial;

(d)     All attorneys' fees and costs that are permitted pursuant each of the separate claims in this Complaint and incurred by US Foods in connection with this matter, which is an exceptional case under Section 35 of the Lanham Act;

(e)      All pre-and post-judgment interest to which US Foods is entitled; and

(f)      Any and all other relief that this Court deems just.

**<u>JURY DEMAND</u>**

US Foods hereby demands a trial by jury on all issues as to which jury trial by jury is appropriate.

September 3, 2013

                          s/ Linda K. Stevens
                          Patricia Brown Holmes
                          Linda K. Stevens
                          Clay A. Tillack
                          John E. Tanagho
                          **SCHIFF HARDIN LLP**
                          233 South Wacker Drive, Suite 6600
                          Chicago, IL 60606
                          Telephone: (312) 258-5500
                          Facsimile: (312) 258-5600
                          pholmes@schiffhardin.com
                          lstevens@schiffhardin.com
                          ctillack@schiffhardin.com
                          jtanagho@schiffhardin.com