

# United States District Court
# Northern District of Illinois

In the Matter of

U.S. Foods

v.

Scripps Networks Interactive, Inc., et al.

Senior Judge Milton I. Shadur

Case No. 13-CV-06279

Designated Magistrate Judge
Maria Valdez

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____

**Judge Sharon Johnson Coleman**

Date: Wednesday, September 04, 2013

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

## ENTER

## FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Ruben Castillo**

Dated:Wednesday, September 04, 2013

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

    I recuse myself pursuant to 28 U.S.C. Sec. 455(a) because my relationship with an attorney for one of the parties could raise a reasonable question as to my impartiality.

.......................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot